

# Fourth Court of Appeals
## San Antonio, Texas

Wednesday, January 28, 2015

No. 04-14-00885-CR

Victor Perez **PRADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5355
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant filed his notice of appeal on December 11, 2014. The clerk's record and reporter's record were due on January 13, 2015. On January 23, 2015, the clerk of this court notified the trial court clerk and the court reporter that the records were past due. The court reporter has responded by filing a notice of late record stating that the reporter's record has not been filed because appellant has failed to designate and pay or make arrangements to pay for the record. TEX. R. APP. P. 34.6.

It is therefore ORDERED that appellant provide written proof to this court **within ten days** of the date of this order that the clerk's record and the reporter's record have been requested and that either: (1) the fee for preparing each record has been paid or arrangements have been made to pay the fee; or (2) appellant is entitled to appeal without paying the fees. *See* TEX. R. APP. P. 35.3. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b), (c).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2015.



Keith E. Hottle
Clerk of Court